IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,                                             Case No.: 05-20189 D AN

v.

**WILLIE ALFRED MASON,**

    Defendant.

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Before the Court is the United States' Motion for Psychological Examination and Miscellaneous Relief (Doc. No. 35) filed on March 15, 2006. On March 21, 2006, this motion was referred to the magistrate judge for a Report and Recommendation.

    The magistrate's Report and Recommendation was filed on April 27, 2006, recommending that Defendant be required to submit to a psychological evaluation by the psychologist proffered by the United States, John Hudson, M.D., and that Defendant should sign the proper medical releases so that the United States may obtain records from St. Francis Hospital.

    Defendant has not filed any objections or exceptions to the Report. The Court has reviewed the magistrate judge's report, and based on a *de novo* review of the record, the Court hereby ADOPTS the Report and Recommendation..

    **IT IS SO ORDERED** this 9th day of May, 2006.

                                                        s/Bernice Bouie Donald
                                                        BERNICE BOUIE DONALD
                                                        UNITED STATES DISTRICT JUDGE